**UNITED STATES COURT OF APPEALS**
**FOR THE EIGHTH CIRCUIT**

---

No: 24-1300

---

Michelle Pulliam, on behalf of themselves and all others similarly situated; Marina Mauldin, on behalf of themselves and all others similary situated; Nicole Petersen, on behalf of themselves and all others similarly situated

Plaintiffs - Appellants

v.

West Technology Group, LLC

Defendant - Appellee

---

Appeal from U.S. District Court for the District of Nebraska - Omaha
(8:23-cv-00159-BCB)

---

**JUDGMENT**

Before COLLOTON, Chief Judge, GRUENDER, and KOBES, Circuit Judges.

This appeal is dismissed in accordance with the joint stipulation. The court's mandate shall issue forthwith.

February 04, 2025

Order Entered at the Direction of the Court:
Acting Clerk, U.S. Court of Appeals, Eighth Circuit.

---

/s/ Maureen W. Gornik