# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

No: 24-1300

Michelle Pulliam, on behalf of themselves and all others similarly situated, et al.

Appellants

v.

West Technology Group, LLC

Appellee

---

Appeal from U.S. District Court for the District of Nebraska - Omaha
(8:23-cv-00159-BCB)

---

**MANDATE**

In accordance with the judgment of February 4, 2025, and pursuant to the provisions of Federal Rule of Appellate Procedure 41(a), the formal mandate is hereby issued in the above-styled matter.

February 04, 2025

Acting Clerk, U.S. Court of Appeals, Eighth Circuit